05-1695-CBS

## AFFIDAVIT

I, Stephen M. McKearney, Deputy U.S. Marshal, do hereby make oath before Charles B. Swartwood, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Christopher Horne on an Indictment filed in the District of Vermont charging the defendant with conspiring to distribute more than 100 kilograms of cocaine, in violation of 21 U.S.C. §§ 846 and 841, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

_____
Stephen M. McKearney
Deputy U.S. Marshal

Subscribed and sworn to before me this 15th day of July, 2005.

_____
CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS