Case 2:05-cr-00070-wks    Document 1    Filed 05/26/2005    Page 1 of 1

U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT DISTRICT OF VERMONT
FILED

FOR THE DISTRICT OF VERMONT 2005 MAY 26 PM 3 34

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
)
V. ) 2: 05-CR- 70
)
) 05-1695-CBS
CHRISTOPHER HORNE )

### INDICTMENT

The Grand Jury charges as follows:

From in or about the beginning of 2000 to May 2003, in the District of Vermont, the

Defendant, CHRISTOPHER HORNE, knowingly and intentionally conspired with Marc Andre

Cusson, Jeffrey Southworth, Alain Brousseau and others known and unknown to the Grand

Jury, to distribute marijuana, a Schedule I controlled substance. The offense involved 100

kilograms or more of a mixture or substance containing marijuana.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846)

A TRUE BILL

_____
FOREPERSON

_____
DAVID V. KIRBY
United States Attorney
Burlington, Vermont
May 26th, 2005

/BY Asst TReman J. COFFIN

AO 442 (Rev. 5/93) Warrant for Arrest Modified 1/7/2000 USAO VT

05-1695-CBS

# United States District Court

### DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

CHRISTOPHER HORNE

**WARRANT FOR ARREST**

CASE NUMBER: 2:05-CR-70

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          CHRISTOPHER HORNE
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally conspired to distribute 100 kilograms or more of marijuana.

in violation of
Title          21          United States Code, Section(s)  841(a)(1), 841 (b)(1)(B), 846

Lisa Wright
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Lisa Wright
Signature of Issuing Officer

6/21/2005          Burlington, VT
Date and Location

Bail fixed at $ _____          by _____
                                                            Name of Judicial Officer

COPY
FOR CASE FILE AND/OR
INVESTIGATIVE PURPOSES
ONLY
ORIGINAL ON FILE USMS VT

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc