AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

*filed in open court 7/18/05* [handwritten]

APPEARANCE *for* [handwritten]
*detention hearing* [handwritten]

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Christopher Howe [handwritten]

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/05 | [signature] |
| Date | Signature |
| | Brian J. Bennion    062711 |
| | Print Name    Bar Number |
| | Fishman Stewart Whitney, a [?] |
| | 320 Main St. |
| | Address |
| | Worcester    MA    01605 |
| | City    State    Zip Code |
| | 508-459-8017 |
| | Phone Number    Fax Number |